3/06/18 3:55PM

**Fill in this information to identify the case:**

Debtor name   **E & J MACON LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **1-18-40321**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

2. **Cash on hand**    **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1.  **JPMorgan Chase Bank, N.A.**    **Checking**    **5112**    **$0.00**

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    **$0.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

| Debtor | **E & J MACON LLC** | Case number *(If known)* **1-18-40321** |
|---|---|---|
| | Name | |

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| Debtor | **E & J MACON LLC** | Case number *(If known)* **1-18-40321** |
|---|---|---|
| | Name | |

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Ervin Johnson v. E & J Macon LLC, John Clarke, and Twuana Janvier** | **Unknown** |
| | Nature of claim     **Fraud, conversion** | |
| | Amount requested     **$5,351,000.00** | |
| | | |
| | **Ervin Johnson v. MPW Funding LLC (523210/2017)** | **Unknown** |
| | Nature of claim     **Fraud, unjust enrichment, rescission of deed (for 346 East 9th St, Brooklyn, NY)** | |
| | Amount requested     **$1,500,000.00** | |
| | | |
| | **E & J Macon LLC v. Quick** | **Unknown** |
| | Nature of claim     **Eviction** | |
| | Amount requested     **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

| Debtor | E & J MACON LLC | Case number *(If known)* | 1-18-40321 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9..........>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

In re    **E & J MACON LLC**            Case No.    **1-18-40321**

Debtor(s)

# SCHEDULE A/B - PROPERTY
## Attachment A

Addendum - Schedule 206A/B, Part 11, Question 74

1. The claims identified for the pending action *Johnson v. E & J Macon LLC et al* is estimated damages, based upon (1) 60% of the value of the premises at 401 Macon Street, Brooklyn, New York, 1596 Pacific Street, Brooklyn, New York and 1049 Bergen Street, Brooklyn, New York (collectively, the "Premises") (i.e. 60% of $8,400,000, or $5,040,000) and (2) the figure of $311,000.00 which is the estimated sum of funds converted from E & J Macon, LLC by John Clarke when he acted (through Seaview Management) as property manager for the Premises. John Clarke recorded a fraudulent, forged, operating agreement for E & J Macon LLC in the City Register's Office, which indicated that he is the 60% owner of that LLC. The Premises were transferred by the Debtor into related entities in June of 2017 as a protective measure against sale or encumbrance of the Premises by Clarke, but are being treated as owned by E & J Macon LLC for purposes of valuing the lawsuit. The scheduled "amount requested" is only an estimate and is not intended as a floor, cap, or limit of any nature on Debtor's recovery in connection with this litigation.

2. The claim identified for the pending action *Johnson v. MPW Funding LLC* is an estimate based upon the estimated value of the premises at 346 East 9th Street, Brooklyn, New York ($1,500,000.00). The action is to recover debtor's fee ownership in the premises. The scheduled "amount requested" is only an estimate and is not intended as a floor, cap, or limit of any nature on Debtor's recovery in connection with this litigation.

3/06/18 3:55PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **E & J MACON LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **1-18-40321** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

In re    **E & J MACON LLC**                                              Case No.    **1-18-40321**
                              Debtor(s)

# SCHEDULE D - CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY
**Attachment A**

Addendum - Schedule 206D, Question 1

1. Macon Funding Associates has filed a secured claim against the premises at 401 Macon Street, Brooklyn, New York, 1596 Pacific Street, Brooklyn, New York and 1049 Bergen Street, Brooklyn, New York (collectively, the "Premises"). The Premises were transferred from the Debtor to 401 Macon Realty LLC, 1049 Bergen Street Realty LLC, and 1596 Pacific Realty LLC, co-debtors whose petitions are being jointly administered with this case (the "Co-Debtors") on or about June 26, 2017. For purposes of scheduling the respective assets and liabilities of the Debtor and the Co-Debtors, we are treating the Premises as no longer owned by the Debtor, and have therefore scheduled Macon Funding Associates and all other mortgagees and other secured creditors as general unsecured creditors on this Debtor's schedules. They are identified as secured creditors on the Co-Debtors' schedules.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | E & J MACON LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 1-18-40321 |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A.P.R.A. Fuel Oil Buyer's Group**<br>**1579 Bushwick Avenue**<br>**Brooklyn, NY 11207**<br>Date(s) debt was incurred  **4/27/15**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **goods delivered - PAID OFF**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$210,861.02** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A.P.R.A. Fuel Oil Buyer's Group Inc.**<br>**1579 Bushwick Avenue**<br>**Brooklyn, NY 11207**<br>Date(s) debt was incurred  **9/28/16**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **goods delivered - PAID OFF**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$227,891.50** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Elena Arqoz and Justin Townsend**<br>Date(s) debt was incurred  **N/A**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Slip and fall personal injury lawsuit**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Highrise Maintenance Corp**<br>**32 Rogers Avenue**<br>**Brooklyn, NY 11216**<br>Date(s) debt was incurred  **10/18/17**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim:  **goods delivered, services performed**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$97,935.00** |

| Debtor | E & J MACON LLC | Case number (if known) | 1-18-40321 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred **Year ending 12/31/16 and year ending 12/31/17**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **2016 & 2017 Partnership Tax**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,000.00** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Macon Funding Associates**<br>**c/o Green Assets, Inc.**<br>**875 Mamaroneck Ave.**<br>**Suite 401**<br>**Mamaroneck, NY 10543**<br><br>Date(s) debt was incurred **09/29/2016**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Money loaned**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,136,954.96** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Mark J. Nussbaum, as Nom.**<br>**225 Broadway, 39th Floor**<br>**New York, NY 10007**<br><br>Date(s) debt was incurred **05/03/17**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Money loaned**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$576,334.86** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**N.J.R., an infant by his mother and natural guardian, Natalia Rollins and Natalia Rollins indiv**<br><br>Date(s) debt was incurred **N/A**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Lead-poisoning personal injury lawsuit**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Daniel Sully, Esq.**<br>**Law Office of Daniel Sull**<br>**241 86th Street**<br>**Brooklyn, NY 11209** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a.  $ | **0.00** |
| **5b. Total claims from Part 2** | | 5b. + $ | **5,251,977.34** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | | 5c.  $ | **5,251,977.34** |

3/06/18 3:55PM

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **E & J MACON LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **1-18-40321** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Buyback Contract dated 12/15/16 regarding 346 East 9th St., Brooklyn, NY 11218 Contested, see litigation listed in Schedule A/B Part 11** | |
| | State the term remaining | | **MPW Funding LLC<br>360 Madison Avenue<br>Suite 1902<br>New York, NY 10017** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Property Management Agreement, Property owner** | |
| | State the term remaining | **Expires 1/1/19** | **USA Quick Solutions Corp<br>357 East Fulton Street<br>Long Beach, NY 11561** |
| | List the contract number of any government contract | | |

| **Fill in this information to identify the case:** |
|---|
| Debtor name    **E & J MACON LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK |
| Case number (if known)    **1-18-40321** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                                       12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                                                *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **1049 Bergen Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **Macon Funding Associates** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.2 | **1049 Bergen Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **USA Quick Solutions Corp** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **1049 Bergen Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **Mark J. Nussbaum, as Nom.** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.4 | **1049 Bergen Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **A.P.R.A. Fuel Oil Buyer's** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.5 | **1596 Pacific Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **Macon Funding Associates** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor **E & J MACON LLC**     Case number *(if known)* **1-18-40321**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D | E/F | G |
|---|---|---|---|---|---|---|
| 2.6 | **1596 Pacific Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **USA Quick Solutions Corp** | ☐ | ☐ | ☐ |
| 2.7 | **1596 Pacific Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **Mark J. Nussbaum, as Nom.** | ☐ | ■ **3.7** | ☐ |
| 2.8 | **1596 Pacific Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **A.P.R.A. Fuel Oil Buyer's** | ☐ | ■ **3.2** | ☐ |
| 2.9 | **401 Macon Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **Macon Funding Associates** | ☐ | ■ **3.6** | ☐ |
| 2.10 | **401 Macon Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **USA Quick Solutions Corp** | ☐ | ☐ | ☐ |
| 2.11 | **401 Macon Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **Mark J. Nussbaum, as Nom.** | ☐ | ■ **3.7** | ☐ |
| 2.12 | **401 Macon Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **A.P.R.A. Fuel Oil Buyer's** | ☐ | ■ **3.2** | ☐ |
| 2.13 | **401 Macon Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **Highrise Maintenance Corp** | ☐ | ■ **3.4** | ☐ |

3/06/18 3:55PM

| Debtor | E & J MACON LLC | Case number *(if known)* | **1-18-40321** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | | |
|---|---|---|---|---|---|
| 2.14 | **1049 Bergen Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **USA Quick Solutions Corp** | ☐ D _____ ☐ E/F _____ ■ G **2.2** | |
| 2.15 | **1596 Pacific Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **USA Quick Solutions Corp** | ☐ D _____ ☐ E/F _____ ■ G **2.2** | |
| 2.16 | **401 Macon Realty LLC** | **878 East 28th Street Brooklyn, NY 11210** | **USA Quick Solutions Corp** | ☐ D _____ ☐ E/F _____ ■ G **2.2** | |

3/06/18 3:55PM

# United States Bankruptcy Court
## Eastern District of New York

In re   **E & J MACON LLC**                                   Case No.   **1-18-40321**
Debtor(s)                                                     Chapter    **11**

### AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(B)

   **E & J MACON LLC**   , undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter   **11**   of the Bankruptcy Code on   **January 19, 2018**   .

2. Schedule(s) **A/B, D, E/F. G, and H, and the Statement of Financial Affairs** were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

   [✓]   The schedules filed herewith reflect no additions or corrections to, or deletions from, the list of creditors which accompanied the petition.

   [ ]   Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. [*If creditors have been **added***] An amended mailing matrix is annexed hereto, listing added creditors ONLY, in the format prescribed by Local Rule 1007-3.

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to that list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

Dated:   **March 6, 2018**

                                                        /s/ **Ervin Johnson, Jr.**
                                                        **Ervin Johnson, Jr.**
                                                        Debtor (*signature*)

Sworn to before me this   **6th**
day of   **March**   , 2018

  **Samuel Lowinger, No. 02LO6338656**
Notary Public, State of New York